IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLIN BINGLE, | ) | |
| Petitioner, | ) | No. C 06-1585 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| GOV. SCHWARZENEGGER, et al., | ) | |
| Respondent. | ) | |

Petitioner seeks federal habeas review of the execution of a sentence imposed by the Superior Court of California in and for the County of Stanislaus, which lies in the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at California State Prison, Sacramento in Represa, County of Sacramento, which also lies in the Eastern District of California. See id.

Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

Because the County of Sacramento lies in the Eastern District of California, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: March 6, 2006

CHARLES R. BREYER
United States District Judge